# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PNC BANK, N.A.,**

      **Plaintiff,**

**v.**                                                    **Case No:   6:13-cv-1973-Orl-31TBS**

**FAMILY INTERNAL MEDICINE, P.A.**
**and RAM K. REDDY,**

      **Defendants.**

## ORDER

This cause comes before the Court on Defendant Ram K. Reddy's Answers to Plaintiff's Complaint, filed January 23, 2014, on behalf of himself and Defendant Family Internal Medicine, P.A. (Doc. Nos. 10 and 11).

On October 8, 2013, the United States Magistrate Judge issued a report (Doc. No. 15) recommending that the requests within the answers, construed as motions, to dismiss for a lack of subject matter jurisdiction or improper venue be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this order.

2. The Motion to Dismiss filed by Defendant Ram K. Reddy (Doc. No. 10) is **DENIED**.

3. The Motion to Dismiss filed by Defendant Family Internal Medicine, P.A. (Doc. No. 11) is **STRICKEN** and Family Internal Medicine, P.A. shall obtain counsel by

no later than thirty (30) days from the date of this order, in accordance with M.D. Fla. Local Rule 2.03(e).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 18, 2014.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party